UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SIMON WILLIAMS, JR.,

    Plaintiff,

v.

ATTORNEY MICHAEL EVANS, *et al*,

    Defendants.

Case No.  C06-5288RBL-KLS

ORDER DISMISSING COMPLAINT

The Court, having reviewed the complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The docket reflects that plaintiff has been given three previous opportunities to amend his complaint and has failed to satisfactorily cure the deficiencies. In the Court's Fourth Order to Show Cause [Dkt. #26], the plaintiff was warned that his complaint would be dismissed if he failed to follow the Court's Order. Plaintiff's most recent request for an extension of time to amend his complaint [Dkt. #28] indicates that his address has changed; however, the address noted is the same address plaintiff had on September 25, 2006 when previous Orders to Show Cause had been entered and sent to plaintiff. Plaintiff has been given ample opportunity to cure the deficiencies in his complaint and has failed to do so. Therefore, plaintiff's request for an extension of time [Dkt. #28] is **DENIED**.

(2) The Court adopts the Report and Recommendation;

(3) Plaintiff's complaint is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Karen L. Strombom.

DATED this 18th day of January, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2